# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Bahar Leventoglu

    v.                                         Case Number:    1:25CV00086

Duke University

# NOTICE OF RESCHEDULING

**Take notice** that the above-entitled case set for an **Initial Pretrial Conference** on March 31, 2025 at 9:30 a.m. in Greensboro, N.C., Courtroom No. 1A with Magistrate Judge L. Patrick Auld has been **rescheduled** for March 31, 2025 at **3:00** p.m. in Greensboro, N.C., **Courtroom No. 1A with Magistrate Judge L. Patrick Auld.**

---

Lawrence H. Cunningham, Clerk

By:  /s/ Kimberly Garrett, Deputy Clerk

Date:   March 3, 2025

TO:   ALL COUNSEL AND/OR PARTIES OF RECORD