IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:25-cv-00086-UA-LPA

BAHAR LEVENTOGLU,

        Plaintiff,

v.

DUKE UNIVERSITY,

        Defendant.

## REPORT FOR THE FILING OF SEALED DOCUMENTS PURSUANT TO LOCAL RULE 5.5

[_x_] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

[__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

[_x_] Default: The Parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c) for motions to file documents under seal. In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[__] Alternative Proposal for Cases with Many Confidential Documents: In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

[ ] Other relevant information: _____

This 17th day of March, 2025.

| | |
|---|---|
| /s/ Michael A. Kornbluth<br>Michael A. Kornbluth<br>N.C. Bar No. 27928<br>mkornbluth@KGLawNC.com<br>Andrew W. Legg<br>N.C. Bar No. 56351<br>alegg@KGLawNC.com<br><br>Kornbluth Ginsberg Law Group, P.A.<br>3400 Corasdaile Drive, Suite 300<br>Durham, North Carolina 27705<br>(919) 401-4100<br><br>*Attorneys for Plaintiff Bahar Leventoglu* | /s/ Charles E. Johnson<br>Charles E. Johnson<br>N.C. Bar No. 9890<br>cejohnson@robinsonbradshaw.com<br>Spencer T. Wiles<br>N.C. Bar No. 53664<br>swiles@robinsonbradshaw.com<br><br>Robinson, Bradshaw & Hinson, P.A.<br>600 S. Tryon Street, Suite 2300<br>Charlotte, North Carolina 28202<br>(704) 377-2536<br><br>*Attorneys for Defendant Duke University* |